UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLASTIC SURGERY ASSOCIATES, S.C., a Wisconsin corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CYNOSURE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 17-cv-11850<br><br>Hon. Denise J. Casper |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

NOW COMES Attorney Tamar Lanuza Hagopian, and hereby requests that this Honorable Court enter an Order granting her leave to withdraw as counsel for Defendant, Cynosure, Inc. (hereinafter, "Defendant"). In support thereof, Attorney Hagopian states:

1. Attorney Hagopian appeared in the above-captioned consolidated cases as counsel for Defendant;

2. Attorney Hagopian's appearance in this matter is no longer required;

3. Granting the instant motion will not cause prejudice to the Court or to any party, and Defendant will have legal representation at all times in this matter, including local counsel.

WHEREFORE, Attorney Tamar Lanuza Hagopian respectfully requests that this Honorable Court enter an Order granting her leave to withdraw as counsel for Defendant Cynosure, Inc.

Respectfully submitted,

*/s/ Tamar Lanuza Hagopian*
Tamar Lanuza Hagopian, BBO #665538
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
hagopian@litchfieldcavo.com

Counsel for Defendant Cynosure, Inc.

Dated: May 15, 2018

### CERTIFICATE OF SERVICE

I, Tamar Lanuza Hagopian, hereby certify that on this 15th day of May, 2018, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tamar Lanuza Hagopian*
Tamar Lanuza Hagopian